IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


ZACHARY THOMAS CHAMBLISS,

    Plaintiff,

v.                            CASE NO. 5:24cv140-RH-MJF

HAYES BAGGETT,

    Defendant.

_____/


**ORDER OF DISMISSAL**


    This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

    2. The clerk must enter judgment stating, "All claims under federal law are dismissed with prejudice on the merits based on 28 U.S.C. § 1915(e)(2)(B)(ii). All claims under state law are dismissed without prejudice."

    3. The clerk must close the file.

SO ORDERED on December 2, 2024.

<u>s/Robert L. Hinkle</u><br>
United States District Judge